1    __COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACTS 42 U.S.C §§ 1983__

2

3    Name _Brown II  William  Odessa_

4         (Last)              (First)              (Initial)

5    Prisoner Number ___K93463___

6    Institutional Address _Hwy 101 PO Box 686_

7    _Soledad, CA 93960-0686_

8    ========================================================

9                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
10
     _William D. Brown II_
11   (Enter the full name of plaintiff in this action.)

12                 vs.                              Case No. __C 07 5339__
                                                   (To be provided by the clerk of court)
13   _Warden, Ben Curry, et al.,_
                                                   **COMPLAINT UNDER THE**
14   _____               **CIVIL RIGHTS ACT,**
                                                   **42 U.S.C §§ 1983**
15   _____

16   _____

17   (Enter the full name of the defendant(s) in this action)

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.     Exhaustion of Administrative Remedies

20          [**Note:** You must exhaust your administrative remedies before your claim can go

21          forward. The court will dismiss any unexhausted claims.]

22          A.     Place of present confinement _Correctional Training Facility_

23          B.     Is there a grievance procedure in this institution?

24                     YES (X)      NO ( )

25          C.     Did you present the facts in your complaint for review through the grievance

26                 procedure?

27                     YES (✓)      NO ( )

28          D.     If your answer is YES, list the appeal number and the date and result of the appeal at

     COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal *See Attached Numerous Appeals.*

_____

_____

2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____

4. Third formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain

why. *Furthermore Appeals have been Granted and*
*enforced by Court Order's.*

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

*William Odessa Brown II K93463, Hwy 101*
*PO Box 689 Soledad CA 93960-0689, Correctional*
*Training Facility - CTF.*

B.    Write the full name of each defendant, his or her official position, and his or her place of

employment.

*Warden, Ben Curry, CTF Hwy 101, Box 686*
*Soledad CA 93960-0686*

COMPLAINT                              - 2 -

II

1

2

3

4    III.    Statement of Claim

5            State here as briefly as possible the facts of your case. Be sure to describe how each

6    defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7    cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8    numbered paragraph.

9            *See Attached*

10

11

12

13

14

15

16

17

18

19

20

21

22    IV.    Relief

23            Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24    you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25            *See Attached - Relief Requested*

26

27

28

COMPLAINT                          - 3 -

*III*

1

2

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this ___20___ day of ___Sept___, 20_07_

7

8                        _____Wm Euu_____

9                        (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                           - 4 -

                    IV

Wm Brown K93463 DW241
CTF Hwy 101, Box 689
Soledad, CA 93960-0689
Plaintiff, In Pro Per

## United States District Court
### For The Northern District of California

William O. Brown
    Petitioner,

US.

Ben Curry, Warden et al.,
    Defendant.

Case No.

Complaint Under The Civil Rights
Act, by a Prisoner, 42 USC §§1983
Injuctive Relief; Access To Court
Impedance and Memorandum Points
of Authority

Petitioner cannot gain access to the Law Library
here at CTF in order for him to maintain Civil Suits
or Habeas Corpus Petitions.

Petitioner has a fundamental right to access to the
Court, in which the Defendant refuses to allow the
Plaintiff to the Law Library.

IX

Petitioner is in Ad-Seg and is only allowed two (2) hours of Library access on Mondays in the morning. However that access has been Denied to the Petitioner, in which has caused the petitioner to lose an case. M82457, for the past thirty (30) days.

In accordance with the enclosed document I am entitled to (4) four hours of access to Library and that is being denied to me. I only get (2) hours. Id pg 15, #3

I have submitted my request for Library access and those request have been ignored and denied, therefore the Petitioner CANNOT adequately maintain those cases without having access to the law Library for research or copies.

I've submitted request to my Cases, M82457, M80351, M84835, HC 5775 + HC 5736, regarding access to the Law Library. Court is being impeded and those

X

request have not been addressed.

Point Blank and Simple I cannot gain access to a Law Library for research or any other means in which is causing the petitioner to default on my petitions in which is unlawful for the Plaintiff for excersing my first (1) Amendment Rights or my Right to Equal protection of my rights.

## Memorandum Points and Authority

Retaliation against a prisoner for exercising 1st Amendment Rights is unlawful. See Thomas v. Evans (11th Cir 1989) 880 F.2d 1235, 1241-42. In Bound vs Smith 430 U.S. 817, 52 L. Ed 2d 72, 97 S. Ct 1491 (1976), "that the fundamental Constitutional right of access to the court requires prison authorities to assist inmates in the preparation and filling of meaningful legal papers by providing prisoners with

XI

adequate law libraries or adequate assitance trained in the law"

Futhermore pursuant to California Code and Regulations Title 15, CCR 3160(a), Inmate access to Court SHALL Not Be obstructed. Staff shall not in any way retaliate against or discipline any inmate for ~~inisti~~ initiating or maintaining a Law suit(s).

In addition pursuant to CCR 3120 and 3122; That the Warden Shall ensure a Library, including those inmates confined to Segregated housing units; And that inmates with Court established Deadlines be given a higher Priority than inmates without deadlines.

Inmates have the right to exped prison officials to follow Upward Comply with regulations, *Anderson v. Smith also see U.S. vs Nixon (1974). In addition Cal. Courts have ordered CDC, (CDCR) to comply with its own rules. Athens v. Rivera (1986) 477 US. 154.. See In re Roing (1985) 171 Cal App 3d 638; In re French (1980) 106 Cal App 3d 74, 85. Also see Pearce v. Director, Office of Workers' Compensation 647 F2d 716 (7th Cir 1981) * Anderson v. Smith 697 F2d ~~279~~ 339 (8th Cir 1983)

Furthermore, In Hall v. Lombardi, 996 F2d 954 (8th Cir 1993) "when regulations contain the language of a mandatory nature (Shall, Will, Must), they are interpreted as creating a protectible liberty interest." See Knight v. Armontrout 878 F2d 1093 (8th Cir 1989). That language is and can be found in State Mandated Procedures of the Cal. Code of Reg. (CCR) Title 15, 3120, 3122, 3141, 3142, 3143, 3160 and 3162, 3164 in which Sets the tone as argued in HALL & Knight.

XIII

Argument Cont.

Petitioner has been denied access to library even with a Court Established Deadline.

Also being in ad-seg I'm not or being provided with the neccessary writing utensil, (i.e. pen), pencils are provided with <u>No</u> means to sharpen it.

Petitioner has filed numerous complaints, (602's) regarding his Access to the Courts and time after time the institution will comply with their granted 602, but eventually end up doing the same thing again. I've even had to obtain a ~~Court~~ Court's Order just to gain access to the Courts, and its the same process.

Now here is the issue again, the impedance with the petitioners Legal Access to the Courts ~~bey~~ being denied.

XIV

Furthermore Petitioner's Legal mail is not being mailed from the institution. Petitioner believes that Ad-Seg Staff opens his mail after its sealed by me and does what ever they want with it, but its certain that its not reaching the Courts.

In addition to being Denied access to the Court, petitioner had an up comming hearing for case M82457 and the Defendants withheld all of my legal documents to the case until the 16th of Sept 07, three days after the hearing, before my legal documents were issued to me. Petitioner filed 602's, got a ad-seg Sgt Woods, C/o Melchor property of ad-seg, Lt. Stophens, Lt. Najaran, Sgt Deblefsen, Sgt Huigh and Lt. AHL were all
Naranjo,
informed of my situation and did nothing to resolve it in which cause me to loose the case. 602's filed on issue CTF-S-07-03317, 07-03124, 07-03011, were filed on the issue. In addition I'm on the verge of losing another case M8351, Monterey this case was in the library being copied when I was taken to Ad Seg on 3 Aug.    <u>XV</u>

All of these documents are missing. All of them, the entire case gone!✗

Furthermore with an established deadline Mr Crawford and Mc Pree refused me access to the library so that he could present further documentation for his deadline, 30 days Plus of No Access to the library. and or maintain his Civil Suits.

XVI

## Relief Requested

Wherefore, Petitioner prays that the Court grant Relief:

1) Allow the petitioner his access to the Court,

2) in order for the petitioner to maintain his litigation matters;

3) that the Court issue an Order upon the Warden to comply with State Mandated Procedures as defined by the CCR etc., etc.

4) that the Warden be held accountable for the loss of Cases.

5) that an investigation be conducted

XVII

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of Sept 2007.

William Brown

Wm Brown

---

Note:

Clerk of the Court, the Petitioner does not have a copy of this Petition due to the fact that he has No access to a Photo copies. Therefore petitioner request that he'd be provided with a copy of this Petition. Thank You.

<u>XVIII</u>

Correctional Training Facility
Administrative Segregation Unit

# Law Library Access

All inmates housed in the Administrative Segregation Unit (O-Wing) or Administrative Segregation Overflow Unit (X-Wing) are authorized access to the CTF-Central Facility Law Library in order to ensure access to the courts.

- Non-English speaking inmates who need to physically access the Law Library will be granted opportunities for such access. Staff or inmates who speak the non-English speaking inmate's language will provide him the assistance needed to obtain access.

- Illiterate and/or inmates whose GPL is 4.0 or less who need to physically access the Law Library will be granted opportunities for such access. Staff or inmates will provide such inmates with the assistance needed to obtain access.

Inmates who do not wish to physically access the Law Library, but who need to obtain specific writ or petition forms, or who simply need a question answered, may submit a "Legal Material Request Form" to their respective Tier Officer. Tier Officers will deliver the forms to the Unit II Law Library Officer. Allow three (3) working days for response to the forms.

**Physical Access and Rules for Use of the CTF-Central Facility Law Library**

1. Inmates may apply for use of the CTF-Central Facility Law Library by completing and submitting a Physical Access Request Form.

2. Physical Access Request Forms must be completed and submitted to O-Wing or X-Wing Tier Officers no later than 1200 hours (noon) Sunday. Tier Officers will deliver Physical Access Request Forms to the Unit II Law Library Officer for processing.

   a) Physical Access Request Forms may be obtained from Tier Officers.

3. Law Library access occurs Monday, with a 2-hour morning period and 2-hour afternoon period. Inmates submitting Physical Access Request Forms will be scheduled for Law Library on the first available access period.

4. Inmates will be secured in cubicles at the front of the library during scheduled access periods.

5. An index of available law books and legal materials is issued to inmates upon placement in the Administrative Segregation Unit or Administrative Segregation Overflow Unit. A complete listing of law books and legal materials maintained in the CTF-Central Facility Law Library is available upon request.

   a) Inmates who are in need of a complete listing of books and legal materials maintained in the CTF-Central Law Library should submit a "Legal Material Request Form" to respective Tier Officer for delivery to the Unit II Law Library Officer.

*Exh a.*

**Law Library Access**
Administrative Segregation
Correctional Training Facility

6. Services available include:

   a) Writing instruments, paper, eraser, stapler, hole punch and ruler are available for use in the Law Library **only**. All items shall be surrendered to the Law Library Officer upon demand.

   b) Photocopying is available pursuant to the guidelines established in the Department Operations Manual, §14010.21, "Legal Copying Services." Inmates utilizing this service will be charged twelve cents ($.12) per page. Allow three (3) working days for response to request for copies.

   ➢ Inmates utilizing this service will be required to complete and submit a CDC-193, Trust Account Withdrawal Order.

   c) Staff will assist inmates with legal research and procedures. Staff will **not** provide legal advice to inmates.

# **Categories of Law Library Users**

1. There are two (2) categories of Law Library users:

   ➢ Preferred Legal Users (PLU), **Group 1**. PLU inmates will have priority access to the Law Library.

   ➢ General Legal Users (GLU), **Group 2**. GLU inmates will be scheduled as their requests are received.

2. A Preferred Legal User (PLU) is an inmate acting as his own attorney who has a verified court ordered deadline to file a petition, motion, brief, opposition, traverse, reply or other pleading within thirty (30) days.

   a) In order to obtain PLU status, an inmate must be acting as his own attorney and must present the Law Library Officer with 1) a court order that verifies his deadline, or 2) other documents from which it can be determined by referring to specific state or federal statutory provisions or rule of court that a petition, motion, brief, opposition, traverse, reply or other pleading within thirty (30) days.

   b) The Law Library Officer and/or Law Librarian shall obtain appropriate legal advice from the CTF Litigation Coordinator or Attorney General's Office prior to denying an inmate's request for PLU status.

Rev. Jan. 05

**INMATE LEGAL DEADLINE**
CENTRAL LIBRARY PASS

Deadline Start Date:    8/20/07

This pass is issued to the below named inmate by
the Central Facility Librarian because of a **LEGAL
DEADLINE** in the Central Library, anytime the library
is open and the respective wing is scheduled, and
durring 1stWatch status when *"legal deadlines
only"* is announced.

Inmate:    **BROWN**

CDCR#:    **K93463**

Cell#:    **OW-241L**

Pass Expires: **9/13/07**

Extension:

_Timothy S. Crawford_

Timothy S. Crawford, Senior Librarian
CTF - Central Facility

*Exh b*

STATE OF CALIFORNIA                                                                                                    DEPARTMENT OF CO|    NS

**INMATE/PAROLEE**        Location:  Institution/Parole Region    Lo\_No  **06 - 04059**    Category  **|0 - | |**
**APPEAL FORM**           1. _____ **CTF-N** _____           1. _____
CDC 602 (12/87)           2. **JAN 0 3 2007**                      2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Brown, William | K-93463 | N/A | WA108 |

A. **Describe Problem:** I am filing this Administrative Appeal in conjunction with the "COURT

ORDER" that has been stipulated upon the Warden at this Facility.

"YES", I'm in possession of a court order, from Kern County Superior

Court, the Honorable John I Kelly, presiding, for Case No. HC 9454. The "Order"

was issued on 10-25-06. Someone needs to go and check with your Litigation

Department. This institution has been denying me access to a photocopier

for the past two weeks, granted the LTA has been on vacation and the Library

is to be opened for PLU's. According to the Plan of Operations.

If you need more space, attach one additional sheet.

B. **Action Requested:** Petitioner respectfully request and ask, that I'd be given access

to a photocopier within or by the end of the week or my Motion for Contempt

will be mailed, and a copy of this 602 will be included as well.

Inmate/Parolee Signature: _____ _Wm Brn_ _____    Date Submitted: _12 Dec 06_

C. **INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

**BYPASS**

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. **FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

_____

_____

_____

_____

Signature: _____    **RECEIVED RECEIVED**    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed                                                   CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim        JAN  3 2007   DEC 1 4

**06 - 04059**

CTF APPEALS CTF APPEALS

_Exh C ,pg1_

First Level   ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **DEC 1 4 2006** _____ Due Date: **JAN 3 0 2007**
Interviewed by: _____

_____
_____
_____
_____
_____

Staff Signature: _____ Title: _Vice hanpal_ Date Completed: _12/23/06_
Division Head Approved
Signature: _____ Title: _SCEV_ Returned
Date to Inmate: **JAN 0 3 2007**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____

Signature: _____ Date Submitted: _____

Second Level   ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
CDC 602 (12/87)                                                        Date: _____

CALIFORNIA DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY - SOLEDAD

## SUPPLEMENTAL PAGE

**RE:**   Appeal Log No. CTF-C-06-04059
FIRST LEVEL RESPONSE
W. BROWN                         K 93463                    WA 108

**APPEAL DECISION:**     **GRANTED**
**ISSUE APPEALED:**      **LEGAL**

Mr. W. Brown, K-93463, is requesting that he be allowed to have access to the law library to make legal copies.

**APPEAL RESPONSE:**

Your appeal was reviewed and given careful consideration by the supervisory staff.   Your appeal bypassed the informal level due to the nature of your request.  You were interviewed by Supervisor of Academic Instruction K. Kessler on December 21, 2006, and given the opportunity to provide additional information at that time.  During the interview Mr. Kessler granted your appeal.

Mr. Kessler made the copies you requested at that time and you stated you were satisfied.

Based on the above, your appeal is *granted* at the First Level Review.

J. Dreiger
Supervisor of Academic Instruction

12/23/06
DATE

G. E. Atchley, Supervisor
Correctional Education Programs

RECEIVED
DEC 2 2 2006

Pg 2

According to the Plan of Operations on 9 Dec 2006, that program will be modified on B-Yard. The affected inmates are North and South Mexicans. Also according to the Plan of Operations the Law library is for APPROVED DEADLINES. I meet this requirement, I have a dealine and a court order.

The institution is deliberately denying me access to the Law Library, I need to have things copied for this case and I'm being denied that access even with a courts order. Therefore, the institution is disregarding the Judges "Order" issued upon the Warden at this Facility. Basically the institution is in non-compliance with this order and obstructing my access to the court, CCR § 3160.
(I would provide copy of the courts order but unfortunately I can not, cause I have "NO" access to a photocopier). Now I wonder what the Judge will say? As of right now the Warden at CTF is in Contempt of Court.

One more thing since the effected inmates are of Hispanic Origin, what does that have to do with the Blacks? I am a black inmate, so why am I not being escorted to the Law Library?

The "Order" reads in part...

IT IS FURTHER ORDERED THAT:  THE WARDEN OF CALIFORNIA TRAINING FACILITY AT SOLEDAD, CALIFORNIA ALLOW PETITIONER ACCESS AS NEEDED TO A PHOTOCOPY MACHINE, IN THE LAW LIBRARY OR ELSEWHERE, TO MAKE COPIES OF DOCUMENTS TO BE FILED AND SERVED IN THIS HABEAS CORPUS PROCEEDING.

Litigation Coordinator
Julian Hott

Pg 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region          Log No.          Category

1. _____          70-14

2. ____CTF-S____    0 7 - 0 1 5 7 5

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

2ND LEVEL

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| BROWN, WM | K-93463 | N/A | |

A. Describe Problem: ___Appellant, has been in contact with K. Kessler, Academic Instruction
regarding the computers in the Law Library.
          Although that the institution has installed the use of the computers,
they are still not up to date with current information. As the law has it,
that the law library at facilities should be adequately established. This
is not the case with the computers that have been installed here on North
Facility.
          In BOUNDS v. SMITH, the Supreme Court clarified that in BOUNDS did

(If you need more space, attach one additional sheet.)

B. Action Requested: ___Appellant respectfully request; 1) that should any part of this appeal
be partially granted, explain what is granted and what is denied; 2) that
the institution provide an adequate law library, in accordance with Bounds
v. Smith and Lewis v Casey and with institutional policies and regulations
set forth by the CCR and DOM.___

Inmate/Parolee Signature: _____Wm Brown_____          Date Submitted: 24 April 07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

_____See attached_____

RECEIVED

Signature: _____          Date Submitted: 6/15/07

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

JUN 28 2007
CTF APPEALS          By CTF Appeals

RECEIVED
JUL 6 2007
CTF APPEALS

Exh d 191

07-01575

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    APR 25 2007         JUN 7 2007

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _Vice-President L. Kessler May 24, 2007_

Staff Signature: _____ Title: _V.P.___ Date Completed: _____

Division Head Approval:
Signature: _____ Title: _____ Returned Date to Inmate: _MAY 21 2007_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_See Attached_
_I'm dissatisfied with the response, the institution has not complied with Bonds v Smith & CCR 3120 up date the law library with 2007 materials forthwith. Get in compliance with Policy & Laws_

Signature: _Walt Evans_    Date Submitted: _26 June 07_

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other    JUL 6 2007        3 July 07

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _AUG 3 - 2007_
☐ See Attached Letter

Signature: _____    Date Completed: _7/26/07_

Warden/Superintendent Signature: _____    Date Returned to Inmate: _JUL 25 2007_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

_25 July 07 I'm not allowed to attach my 2nd response_

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**Correctional Training Facility**
**Soledad, California**

## S U P P L E M E N T A L   P A G E

<u>RE:</u>    CTF APPEAL LOG No. *CTF-S-07-01575*
Second Level Reviewer's Response

*BROWN*                          *K93463*                          *CTF-N WA225*

**<u>APPEAL DECISION</u>:**

PARTIALLY GRANTED

**<u>APPEAL ISSUE:</u>** (LEGAL)

You are requesting that the Law Library should have a copy of several law updates.

**<u>APPEAL RESPONSE:</u>**

Mr. Kessler, Vice-Principal, Valley Adult School interviewed Inmate Brown on July 7, 2007 at 0900 hours and ordered three out of the seven updates that were requested. Inmate Brown was directed back to the North Librarian to provide publishers for the other four law updates. Inmate Brown was satisfied with the progress and agreed to return to the North Librarian to do his part in resolving this issue.

Reviewed By:
G. ATCHLEY, Principal
Valley Adult School
Correctional Training Facility

Approved By: _____
B. CURRY, Warden (A)
Correctional Training Facility

*Pg 2*

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## CORRECTIONAL TRAINING FACILITY - SOLEDAD

### SUPPLEMENTAL PAGE

**RE:**          Appeal Log No. CTF-S-07-01575
                 **FIRST LEVEL RESPONSE**
                 **BROWN W.**          **K93463**          **Housing Unit WA-225U**

**APPEAL DECISION:**          **PARTIALLY GRANTED**

**ISSUE APPEALED:**          **LEGAL**

You are requesting the following:

1. You are requesting that the institution provide an adequate law library, in accordance with Bounds v. Smith and Lewis v. Casey and with institutional policies and regulations set forth by the CCR (California Codes and Regulations) and DOM
2. You are requesting to have the library update all its forms that coincide with the regulations of the courts.

**APPEAL RESPONSE:**

Your appeal was reviewed by the supervisory staff. Academic Vice-Principal K.S. Kessler interviewed you on May 24, 2007. The Responses to your requests are as follows:

1. *You are requesting that the institution provide an adequate law library in accordance with Bounds v. Smith and Lewis v. Casey and with institutional policies and regulations set forth by the CCR and DOM.* According to Title 15, section 3122(A) States each facility shall provide legal materials through its law library to provide inmates with meaningful access to the courts. Inmates with established court deadlines shall be given higher priority to access the law library resources than those with longer deadlines or without a deadline. When there is a lockdown the library has in place a paging system whereby inmates with a P.L.U. maintains access to the law library. Records indicate that you have had adequate access to the North Law Library.
2. *You requested to have the library update all its forms that coincide with the regulations of the courts.* According to Title 15, section 3122(A) States each facility shall provide legal materials through its law library to provide inmates with meaningful access to the courts.

Based on the above, your appeal is, *Partially Granted.*

1. It is **PARTIALLY GRANTED** as records indicate that you have had access to the North Law Library every day for the last three months except during First Watch Status where you were able to use the paging system. There had been numerous times where the supervisor of the library has paged inmates with P.L.U'S off the yard while inmates were programming and they chose not to access the law library.
2. It is **PARTIALLY GRANTED** According to Title 15, section 3122(A) states each facility shall provide legal materials through its law library to provide inmates with meaningful access to the courts.

*P9 3*

Appeal Log No. CTF-S-07-01575
FIRST LEVEL RESPONSE
Brown, W.

Page 2 of 2

K.S. Kessler, Vice-Principal
Academic Instruction
Correctional Training Facility                                    May 24, 2007

Reviewed by:

G. E. Atchley, Principal
Correctional Education

P94

*Section A continued*

.not establish a substantive right to the law library access, but rather signaled that in order for prisoners' right of access to the courts to be meaningful, they must be given adequate resources to prepare.

Furthermore, in Lewis v Casey 518 U.S. 343, 350-51 (1996), the court explained:

In sofar as the right vindicated by BOUNDS is concerned, "meaningful access to the court is the touchstone", and the inmate therefore must go one step further and demonstrate the alleged shortcomings in the Law Library or legal assistance program hindered his efforts to purse a legal claim.

With this being said, in short, since that the Law Library is in-effective in its capabilities to provide current and up to date information the Warden can be held accountable for not providing an adequate and sufficient law library to the appellant so that he can purse a legal claim and prosecute his claims effectively.

The computers that currently that are in use have the capability to provide the means to adequately retrieve data from them, but the information has not been stored in its software or hard drive, therefore making them in adequate to pursue a legal claim and or prosecute his case/petitions effectively in the courts.

Most importantly, why doesn't the library have updated and current forms for the courts? Most or all of the required forms that are needed to be used with the courts are _out dated_. Why? Why doesn't N-Facility Library have the updated and current forms the courts use? Why isn't this library up to Par's Appellent can not use those forms due to they are old & outdated, which is obstructing my access to the courts.

Action Requested Continued

That the library update all its forms that coinside with the regulations of the courts!

Pg 5

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY**<br><br>240 Church St.,<br>Salinas, CA 93901<br>(831) 775-5400 | *Reserved for Clerk's File Stamp*<br><br># FILED<br>AUG 1 0 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____DEPUTY |
| **Brown, William Odessa II,**<br>          Plaintiff/Appellant<br><br>vs.<br><br>**Evans, M.S., et al,**<br>          Defendant/Respondent | |
| **NOTICE OF DEFAULT TO APPELLANT**<br>**(Notice of Appeal filed herein on July 10, 2007)** | Court of Appeal No.<br>Superior Court No. **M82457** |

You are hereby notified as follows:

You have failed to timely perform the duties required to procure the record on appeal for the reason(s) indicated below. As defined in Rule 8.100(c)(2) and/or Rule 8.140(a), California Rules of Court, you have 15 days from the date of mailing of this notification to comply. Failure to comply will result in the dismissal of your appeal, Rule 8.140(a)(1).

☐  CRC 8.100(b)(2)    $100 Deposit for clerk's transcript not paid.

☒  CRC 8.130(a)(1)    Notice designating reporter's transcript or notice of intent to proceed without reporter's transcript not timely filed.

☐  CRC 8.130(a)(4)    Notice designating reporter's transcript is unclear. A notice designating a reporter's transcript must specify the date of each proceeding to be included in the transcript.

☒  CRC 8.130(b)       Deposit for reporter's transcript not timely deposited.

☐  CRC 8.130(b)(2)    Deposit for additional funds for reporter's transcript not timely deposited.

☒  CRC 8.120(a)(1)    Notice designating record for clerk's transcript not timely filed.

☐  CRC 8.120(a)(4)    Notice designating clerk's transcript is unclear. A notice designating a clerk's transcript must identify each designated document by its title and filing date or, if the filing date is not available, the date it was signed.

☐  CRC 8.120(c)       Fee for preparation of clerk's transcript not timely deposited.

Date:    August 10, 2007             Lisa M. Galdos, Clerk of the Court

                                     By: *E. Chan*
                                        _____
                                        E. Chan, Deputy Clerk

APC - Notice of Default to Appellant

*access to the court being obstructed by trust office*

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM**
**FORMA PARA APELACIÓN DE**
**REOS/LIBERTADOS CON CONDICIONES**
CDC 602-B (3/93)

LOCATION: FACILITY / PAROLE REGION    DEPARTMENT OF

1. _____
2. _____

LOG NO. **07-00561**    CATEGORY **10-8**

Page 1

Usted puede apelar cualquier póliza, acción o decisión cual tenga significativo adverso afecto para usted. Con la excepción de CDC 115es Serios, acciones del comité de clasificaciones, y decisiones de clasificación u oficiales representantes, primero tiene que informalmente buscar ayuda por medio de discuciones con el oficial apropiado, quien firmara su forma e indicara que accion fue tomado. Si entonces no está satisfecho, puede enviar su apelación junto con todo documento soportivo y no más de una página adicional con comentarios al Coordinador de Apelaciones dentro de quince días de la acción tomada. Ninguna represalia se tomará por responsablemente usar el procedimiento de apelaciones.

| NOMBRE (NAME) | NUMERO (NUMBER) | ASIGNACION (ASSIGNMENT) | UNIDA Y NO DE CUARTO (UNIT/ROOM NUMBER) |
|---|---|---|---|
| Brown Wm | K93463 | N/A | WA 108 |

**A. DESCRIBA EL PROBLEMA (DESCRIBE PROBLEM)** The enclosed documents were sent to the Trust Office in October 2006, requesting for certificate of Funds, that request was not completed until Ninty (90) days later. So this must be the institutions new policy to HOLD Legal Documents & Obstruct my access to the courts, 7160. Why is my Legal Documents being held for a lenthly period of time instead of being processed. I requested for this on 10-23-06 and that request was not rendered until 1-24-07. Deliberately holding my Legal Documents,

Si necesita más espácio, adjunte una oja adicional. (If you need more space, attach one additional sheet.)

Why?

**B. ACCIÓN SOLICITADA (ACTION REQUESTED)** That when a request for Certificate Funds is requested, that it be processed with Pirnity or reasonable time, instead of lying around the Office for 90 days and Denying my access to the court

FIRMA DEL REO / LIBERTADO CON CONDICIONES (INMATE/PAROLEE'S SIGNATURE)    *Wm Brown*

FECHA SOMETIDA (DATE SUBMITTED)    6 Feb 07

**C. NIVEL INFORMAL (INFORMAL LEVEL)**    Fecha Recibida (Date Received) _____

RESPUESTA DEL EMPLEADO (STAFF RESPONSE)

BYPASS

FIRMA DEL EMPLEADO (STAFF SIGNATURE)    FECHA DEVUELTA AL REO (DATE RETURNED TO INMATE)    AVB SJ 00M

**D. NIVEL FORMAL (FORMAL LEVEL)**
Si no esta satisfecho, explique debajo, adjunte documentos soportivos (CDC 115 completo, Reporte del Investigador, Informe de Clasificación, CDC 128, etc.) y sómetalos al Coordinador de Apelaciones de la Facilidad/Región de Libertad Condicional para procesar dentro de 15 días de recibir la respuesta. (If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the facility/parole region appeals coordinator for processing within 15 days of receipt of response.)

BYPASS

RECEIVED

FIRMA DEL REO / LIBERTADO CON CONDICIONES (INMATE/PAROLEE'S SIGNATURE)  RECEIVED    FECHA SOMETIDA (DATE SUBMITTED)

FEB 1 4 2007  FEB

NOTA: APELACIONES DE PROPIEDAD/FONDOS TIENEN QUE SER ENVIADAS JUNTO CON UNA FORMA COMPLETA DEL BOARD OF CONTROL BC-1B, EQUITY CLAIM.

AWBS OFFICE    CTF APPEALS

CDC APPEAL NUMBER: **07-00561**

Exh e

INMATE/PAROLEE APPEAL FORM
FORMA DE APELACIÓN DE REOS/LIBERTADOS CON CONDICIONES                                    Page 2
CDC 602-B (3/93)

**E. PRIMER NIVEL (FIRST LEVEL)**   ☒ Concedido (Granted)    ☐ Concedido En Parte (Partially Granted)
                                    ☐ Negado (Denied)        ☐ Otro (Other)

ACCIÓN DEL REPASADOR (*REVIEWER'S ACTION*) (Complete within 15 working days):
Fecha recibida (Date received) __FEB 8 2007__   Fecha que se Vence (Due date): __MAR 26 2007__

Entrevistado por (Interviewed by) _____

Research Reveals that your Certification Request on 10/23/06 to the Superior Court
of Monterey was processed on 11/1/06. (See Attached copy). In addition a Memorandum from
the Monterey Superior Court dated 11/17/06 was Received and processed on 12/4/06
(See Attached copy) Therefore the Trust Office has processed your Request in a timely
Manner. IWDS Please find certified Request to Monterey Superior Court dated
1/29/07, 2/20/07, 2/27/07 3/1/23/07 and Operational Procedures.

FIRMA DEL EMPLEADO (STAFF SIGNATURE) _____   TÍTULO (TITLE) Acct. I Spec.   FECHA COMPLETADA (DATE COMPLETED) 3/19/07

APROBACIÓN DEL DIRIGENTE DE DIVISIÓN (*DIVISION HEAD APPROVED*)

FIRMA (SIGNATURE) _____   TÍTULO (TITLE) Acct. I Supervisor   FECHA DEVUELTA AL REO (DATE RETURNED TO INMATE/PAROLEE) 3/19/07  MAR 21 2007

**F.** Si no esta satisfecho, explique las razones por pedir Repaso Al Segundo Nivel, y someta a la Facilidad o Región de Libertad Condicional dentro de 15 días de recibir la respuesta. (If dissatisfied, explain reasons for requesting a Second-Level Review and submit to facility or parole region appeals coordinator within 15 days of receipt of response.) _____

_____

_____

FIRMA DEL REO / LIBERTADO CON CONDICIONES (INMATE/PAROLEE'S SIGNATURE) _____   FECHA SOMETIDA _____

**G. SEGUNDO NIVEL (SECOND LEVEL)**   ☐ Concedido (Granted)   ☐ Concedido en Parte (Partially Granted)
                                     ☐ Negado (Denied)        ☐ Otro (Other) _____

ACCIÓN DEL REPASADOR (*REVIEWER'S ACTION*) (Complete within 10 working days)
Date assigned _____ Due date _____   ☐ Vea carta adjunta (See attached letter)

STAFF SIGNATURE (FIRMA DEL EMPLEADO) _____   DATE (FECHA) _____

WARDEN'S SIGNATURE (FIRMA DEL GUARDIÁN) _____   DATE RETURNED TO INMATE/PAROLEE (FECHA DEVUELTA AL REO) _____

**H.** Si no está satisfecho, añida datos o razones por pedir Repaso al Nivel del Director, y someta por correo al tercer nivel dentro de 15 días de recibir la respuesta. (If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.) _____

_____

_____

_____

_____

FIRMA DEL REO / LIBERTADO CON CONDICIONES (INMATE/PAROLEE'S SIGNATURE) _____   FECHA SOMETIDA _____

Para el Repaso del Director, someta todos documento a:        Director of Corrections
(For Director's review, submit all documents to:)              P.O. Box 942883
                                                               Sacramento, CA 94283-0001
                                                               Attn: Chief, Inmate Appeals

**ACCIÓN DEL DIRECTOR (*DIRECTOR'S ACTION*)**
☐ Concedido (Granted)        ☐ Concedido en Parte (Partially Granted)
☐ Negado (Denied)            ☐ Otro (Other) _____
☐ Vea la carta adjuntos (See Attached Letter)

Fecha (Date): _____

STATE OF CALIFORNIA                                                                   DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|

Location: Institution/Parole Region    Log No.    Category  70-1

1. _____    1. _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| BROWN, Wm | K-93463 | N/A | WA 108 |

**A. Describe Problem:** During the month of December 2006, the Law Library has been open for a total of three days, Dec. 1st, 19th, and 20th. Why isn't this library open on North yard? Why am I being deliberately and intentionally denied access to the Law Library? Per the Plan of Operations the Law Library should be open for court established deadlines. This is so not true, the Law Library on North Facility has been closed for all of the month of December, with the exception of the three mention days.

If you need more space, attach one additional sheet.

**B. Action Requested:** Appellant respectfully request; that the Law Library be open at lease one day a week, until normal operation of library can be accomplished; 2) STOP REFUSING MY ACCESS TO THE COURTS. Thank you.

Inmate/Parolee Signature: _Wm Brown_    Date Submitted: 2 Jan 07

**C. INFORMAL LEVEL (Date Received:** _____ )

**Staff Response:** _handle as informal_

**Staff Signature:** _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

RECEIVED

JAN 4 2007

CTF APPEALS

Exh F P91

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____ Withdrawn _____ Wm Brown _____ 2-2-07 _____

_____

Staff Signature: _____ Title: _Vice Principal_ Date Completed: 2-2-07

Division Head Approved:    Returned

Signature: _____ Title: Principal (A) Date to inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:   ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

CDC 602 (12/87)                          Date: _____

I don't care what the problem is, all I'm asking for is access to the Law Library for "ONE" day a week until the institution has resolved its problem with the library. That is not to much to ask for, "one day a week". It is completely unfair, deliberate and intentional, violation of the United Sates Supreme Court Ruling, and a violation of the California Code of Regulations, (CCR) § 3160, to shut down the Law Library and completely deny my access to the courts.

I'm not dealing with just one case, I have several cases that I'm dealing with and I can not maintain my case effectively with the deliberate and intentional refusal, from the institution/staff, to the Law Library/access to the Court(s). The institution is forcing my hand with this matter to activate or issue a(n) "CONTEMPT OF COURT, ORDER" for obstructing my access to the court(s). Under the guidelines that I'm unable to maintain and prosecute my cases effectively, due to the denial of access to the courts.

As I have mention, I have several cases that I'm dealing with and I can not maintain these cases as defined by the CCR § 3160, with the deliberate and intentional closure of the Law Library.

    ACTIVE CASES:
    Superior Court, AMADOR 06CV4377,
    USDC. N. Dist. C-05-1423-CW, C-06-7692-CW
    Superior Court, Monterey M81024
    Superior Court, Sacramento HC 06F09831
    Superior Court, Kern HC 9454 (i.e. Courts Order) and HC 9620

These are the cases that I'm dealing with and its hard enough to maintain them as it is, but when you add the added extra complications with the refusal to open or run the law library is even more stressful. I've tried to be reasonable with this matter and it just seems like my point and concerns with my cases are just plain and simple being ignored and denying my Constitutional Rights to the Law Library.

(see reverse side)

Pg 2

BOUNDS vs SMITH, 430 US 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977);
THE SUPREME COURT held that "prisoners have a constitutional right of
access to the courts" which in turn "requires "**prison authorities** to
provide prisoners with adequate law libraries or adequate assistance from
persons trained in the law". Id. at 828, 97 S.Ct. at 1498; see LINDQUIST
v. IDAHO STATE BOARD OF CORRECTIONS, 776 F.2d 851, 855 (9th Cir.1985). In
Lindquist, the court held that:

> The existence of an adequate law library does not provide for
> meaningful access to the courts if the inmates are not allowed
> reasonable amount of time to use the library. Quite frankly, three
> days in a thirty day period is hardly or does not meet to
> qualifications for reasonable access to the courts with the cases
> that I have or involved with.

In addition, to Bounds & Lindquist, you must apply the CCR to this
situation § 3160, also confirms that an inmates access to the courts shall not be
obstructed.

If this Administrative Appeal can not resolve this issue, then a full
out assault will be ~~inix~~ initiated with the courts in seeking court orders
and forcing the institution to comply with Supreme Court Ruling and that of
the Title 15.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Will Brown K93463_, declare:

I am over 18 years of age and a party to this action. I am a resident of _Correctional_ _Training Facility_ Prison,

in the county of _Soledad_,

State of California. My prison address is: _Hwy 101 Box 689_,

_(DW 241) cell_

On _30 Sept 07_,
(DATE)

I served the attached: _42 USC 1983 Injunctive Relief_ _Plus exhibits_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _20 Sept 2007_ _Will Brown_
(DATE)                              (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-