K45545 (S90LU21) WM C-IW C41
CTF-C Hwy 101 Po Box 689
Soledad CA 93960-0689

Mail Too:

United States Dist Court
Northern Dist of CA
450 Golden Gate Ave
US Box 36060
San Francisco, CA
94102

Legal Mail

DEPARTMENT OF JUSTICE
OFFICE OF the Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, California 94102-7004

Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0686

RECEIVED
OCT 1 2 2007