1 William Brown
2 K93463 0W241
3 Hwy 101, PO Box 689
4 Soledad, CA 93960-0689
5 Petitioner, In Pro Per

FILED
07 NOV -1 PM 12:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

William Brown
    Petitioner,
vs.
Ben Curry, Warden
et al.,
    Defendant.

Case No. C 07-5339 CW (PR)

Motion to the Court

To the Honorable C. Wilken, District Judge:

    Please take Notice that the petitioner in the above-entitled matter do hereby come before the Court and informing the Court that he does Not contain a copy of the complaint that is before this Court.

    Reason being that I'm not in possession of the Complaint is that he could not obtain copies from the institutions Law Library copy machine at the time for the submission of his complaint.

///
///
///
///

1  Therefore the Petitioner respectfully request and
2  ask that the Court please provide the petitioner with
3  a copy of the Complaint & exhibits that has been filed.
4  Thank You.
5  Dated: 28 oct 07
6  
7  Respectfully
8  Submitted
9  
10 
11 *William [signature]*

C 07 5339 CW (PR)

**PROOF OF SERVICE BY MAIL**
By Person in State Custody
(Fed. R. Civ. P. 5; 28 U.S.C. §1746)

FILED
NOV -1 PM 12:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, William Brown, declare:

I am over the age of 18 and I am a party to this action. I am a resident of Correctional Training Facility in the county Soledad in the State of California. My prison address is: Hwy 101, P.O. BOX 705.
On the following date 28 Oct 2007, I served the following documemnt(s):

Motion to the Court

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the U.S. Mail in a deposit box so provided at the above-named correctional facility in which I am presently confined. The envelope(s) was addressed as followed:

USDC N. Dist. CA
450 Golden Gate Ave
San Fran CA 94102

I declare under penalty of perjury that the foregoing is true and correct.
DATED: 28 Oct 2007

William Brown