K93963 Brown 012741
Hwy 101 Box 689
Soledad CA 93960-0689

USDC N Dist CA
450 Goldengate Cate Ave
San Francisco, CA 94102

Legal
Mail

$00.41