Petitioners Copy

1  William Brown K93463 DW241
2  Hwy 101 PoBox 689
3  Soledad, CA 93960-0689
4  Petitioner, In Pro Per

FILED
07 NOV -5 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

William Brown
    Plaintiff,
vs.
Ben Curry, Warden, et al,
    Defendants.

Case No. C-07-5339 CW(PR)

Clerk of the Court

Please take notice that the Plaintiff in the above-referenced matter do hereby notifies the Court that he does not possess a copy of the Complaint that has been filed with the Court.

Petitioner respectfully request for a copy of the Complaint, reason the petitioner does not contain a copy is due to him not having access to a photocopier when the complaint was mailed.

Dated: 26 Oct 2007

Respectfully Requested

Wm Brown