**FILED**

NOV - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

William Brown

                    Plaintiff,

    vs.

Ben Curry, Warden, et al

                    Defendant.

CASE NO. C-07-5339 CW (PR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, _William Brown_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____Burger King, Santa Cruz CA 1997_____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or          Yes ____ No _X_

10          self employment

11     b.    Income from stocks, bonds,        Yes ____ No _X_

12          or royalties?

13     c.    Rent payments?                    Yes ____ No _X_

14     d.    Pensions, annuities, or           Yes ____ No _X_

15          life insurance payments?

16     e.    Federal or State welfare payments,  Yes ____ No _X_

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                     Yes ____ No _X_

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

b.      List the persons other than your spouse who are dependent upon you for

support and indicate how much you contribute toward their support.  (NOTE:

For minor children, list only their initials and ages.  DO NOT INCLUDE

THEIR NAMES.).

_____

_____

5.      Do you own or are you buying a home?           Yes _____ No _✗_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?                      Yes _____ No _✗_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _✗_ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes _____ No _✗_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes _____ No _✗_ Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)   Yes _____ No _✗_

_____

8.      What are your monthly expenses?    *N/A*

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____ *N/A* _____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*28 Oct 2007*
DATE                              SIGNATURE OF APPLICANT

1
2                                             Case Number: _C-07-5339_
3                                                        _Cw(PR)_
4
5
6
7
8                           **CERTIFICATE OF FUNDS**
9                                      **IN**
10                        **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13    statement showing transactions of _William Brown_ _K93463_ for the last six months
14    _Correctional Training Facility_ where (s)he is confined.
                              [name of institution]            [prisoner name]
15          I further certify that the average deposits each month to this prisoner's account for the
16    most recent 6-month period were $ _19.17_ and the average balance in the prisoner's
17    account each month for the most recent 6-month period was $ _23.60_ .
18
19    Dated: _10-31-07_            _Brenda Gatian, Acct Technician_
20                                          [Authorized officer of the institution]
21
22
23
24    CORRECTIONAL TRAINING FACILITY        THIS DOCUMENT IS A CORRECT
25    P.O. BOX 686                          COPY OF THE TRUST ACCOUNT MAINTAINED
                                            BY THIS OFFICE.
26    SOLEDAD, CA  93960                    ATTEST: _10-31-07_
      ATTN:  TRUST OFFICE                   CALIFORNIA DEPARTMENT OF CORRECTIONS
27                                          BY _Brenda Gatian_
                                              TRUST OFFICE
28                                            _Account Technician_

00001000

PAGE NO:     1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU OCT. 31, 2007

ACCOUNT NUMBER : K93463                    BED/CELL NUMBER: CFOWT2000000241L
ACCOUNT NAME   : BROWN, WILLIAM ODESSA         ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 05/01/2007 | | BEGINNING BALANCE | | | | | 50.25 |
| 05/10 | W512 | LEGAL POSTAGE | 3379 LPOST | | | 0.63 | 49.62 |
| 05/10 | W512 | LEGAL POSTAGE | 3379 LPOST | | | 0.39 | 49.23 |
| 05/10 | W512 | LEGAL POSTAGE | 3379 LPOST | | | 0.87 | 48.36 |
| 05/10 | W512 | LEGAL POSTAGE | 3379 LPOST | | | 0.63 | 47.73 |
| 05/10 | W512 | LEGAL POSTAGE | 3379 LPOST | | | 0.87 | 46.86 |
| 05/10 | W512 | LEGAL POSTAGE | 3379 LPOST | | | 0.13 | 46.73 |
| 05/11 | W512 | LEGAL POSTAGE | 3413 LPOST | | | 1.35 | 45.38 |
| 05/11 | W512 | LEGAL POSTAGE | 3413 LPOST | | | 1.35 | 44.03 |
| 05/11 | W512 | LEGAL POSTAGE | 3413 LPOST | | | 1.35 | 42.68 |
| 05/11 | W512 | LEGAL POSTAGE | 3413 LPOST | | | 1.35 | 41.33 |
| 05/15 | FC03 | DRAW-FAC 3 | 3437 UII | | | 6.51 | 34.82 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 34.43 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 34.04 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 33.65 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 33.26 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 32.87 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 32.48 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 32.09 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 31.70 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.39 | 31.31 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 4.20 | 27.11 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 1.35 | 25.76 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 0.78 | 24.98 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 1.59 | 23.39 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 5.00 | 18.39 |
| 05/19 | W502 | POSTAGE CHARG | 3484 POSTA | | | 5.66 | 12.73 |
| 05/23 | D300 | CASH DEPOSIT | 3535 74271 | | 20.00 | | 32.73 |
| 05/30 | W508 | NOTARY CHARGE | 3616 NOTAR | | | 5.00 | 27.73 |
| 06/15 | W502 | POSTAGE CHARG | 3867 POST | | | 1.11 | 26.62 |
| 06/15 | W502 | POSTAGE CHARG | 3867 POST | | | 0.41 | 26.21 |
| 06/15 | W502 | POSTAGE CHARG | 3867 POST | | | 0.41 | 25.80 |
| 06/15 | W502 | POSTAGE CHARG | 3867 POST | | | 0.39 | 25.41 |
| 06/15 | W512 | LEGAL POSTAGE | 3869 LPOST | | | 0.41 | 25.00 |
| 06/15 | W512 | LEGAL POSTAGE | 3869 LPOST | | | 2.16 | 22.84 |
| 06/15 | W512 | LEGAL POSTAGE | 3869 LPOST | | | 0.75 | 22.09 |
| 06/15 | W512 | LEGAL POSTAGE | 3869 LPOST | | | 2.67 | 19.42 |
| 06/15 | W512 | LEGAL POSTAGE | 3869 LPOST | | | 1.99 | 17.43 |
| 06/15 | W512 | LEGAL POSTAGE | 3869 LPOST | | | 0.58 | 16.85 |
| 06/21 | W512 | LEGAL POSTAGE | 3941 LPOST | | | 0.58 | 16.27 |
| 06/21 | W512 | LEGAL POSTAGE | 3941 LPOST | | | 0.41 | 15.86 |
| 06/21 | W512 | LEGAL POSTAGE | 3941 LPOST | | | 0.58 | 15.28 |
| 07/10 | W512 | LEGAL POSTAGE | 0108 LPOST | | | 0.74 | 14.54 |



TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
Account Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN:  TRUST OFFICE

REPORT ID: TS3030  .701                           REPORT DATE: 10/31/07
                                                  PAGE NO:      2

                         CTF SOLEDAD/TRUST ACCOUNTING
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAY  01, 2007 THRU OCT. 31, 2007

ACCT: K93463      ACCT NAME: BROWN, WILLIAM ODESSA       ACCT TYPE: I
      TRAN
DATE  CODE  DESCRIPTION    COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  ------------   -------  ---------  --------  -----------  -------

| DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 07/12 | D300 | CASH DEPOSIT | 0154 | 77760 | 20.00 | | 34.54 |
| 07/17 | W502 | POSTAGE CHARG | 0214 | POST | | 0.92 | 33.62 |
| 07/17 | W516 | LEGAL COPY CH | 0215 | LCOPY | | 9.08 | 24.54 |
| 07/17 | W512 | LEGAL POSTAGE | 0211 | LPOST | | 0.37 | 24.17 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 0.58 | 23.59 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 0.41 | 23.18 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 1.31 | 21.87 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 1.31 | 20.56 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 0.58 | 19.98 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 2.16 | 17.82 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 2.50 | 15.32 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 2.16 | 13.16 |
| 08/10 | W512 | LEGAL POSTAGE | 0509 | LPOST | | 4.60 | 8.56 |
| 08/21 | D300 | CASH DEPOSIT | 0614 | 86843 | 50.00 | | 58.56 |
| 08/25 | W512 | LEGAL POSTAGE | 0669 | LPOST | | 1.65 | 56.91 |
| 08/25 | W512 | LEGAL POSTAGE | 0669 | LPOST | | 1.48 | 55.43 |
| 08/25 | W512 | LEGAL POSTAGE | 0669 | LPOST | | 1.14 | 54.29 |
| 08/25 | W512 | LEGAL POSTAGE | 0674 | LPOST | | 0.41 | 53.88 |
| 08/25 | W512 | LEGAL POSTAGE | 0687 | LPOST | | 0.41 | 53.47 |
| 08/27 | W516 | LEGAL COPY CH | 0692 | LCOPY | | 11.55 | 41.92 |
| 08/27 | W512 | LEGAL POSTAGE | 0709 | LMAIL | | 1.48 | 40.44 |
| 08/27 | W512 | LEGAL POSTAGE | 0709 | LMAIL | | 1.48 | 38.96 |
| 08/27 | W512 | LEGAL POSTAGE | 0709 | LMAIL | | 0.58 | 38.38 |
| 08/28 | W516 | LEGAL COPY CH | 0712 | LCOPY | | 10.42 | 27.96 |
| 08/30* | W512 | LEGAL POSTAGE | 0729 | LPOST | | 0.58 | 27.38 |
| 08/30* | W512 | LEGAL POSTAGE | 0729 | LPOST | | 1.48 | 25.90 |
| 08/30* | W512 | LEGAL POSTAGE | 0729 | LPOST | | 0.41 | 25.49 |
| 09/08 | W512 | LEGAL POSTAGE | 0817 | LPOST | | 1.65 | 23.84 |
| 09/08 | W516 | LEGAL COPY CH | 0818 | LCOPY | | 6.30 | 17.54 |
| 09/08 | W516 | LEGAL COPY CH | 0819 | LCOPY | | 10.20 | 7.34 |
| 10/12 | D300 | CASH DEPOSIT | 1198 | 4113 | 25.00 | | 32.34 |

                         CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 11/21/2006 | H107 | POSTAGE HOLD | 1531 POST | 2.55 |
| 04/14/2007 | H107 | POSTAGE HOLD | 3088 POST | 0.39 |
| 04/28/2007 | H107 | POSTAGE HOLD | 3251 POST | 4.40 |
| 09/22/2007 | H107 | POSTAGE HOLD | 1015 POST | 19.20 |
| 09/22/2007 | H107 | POSTAGE HOLD | 1015 POST | 19.65 |
| 10/20/2007 | H109 | LEGAL POSTAGE HOLD | 1293 LPOST | 1.99 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE
     Account Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN:  TRUST OFFICE

REPORT ID: TS3030  .701                          REPORT DATE: 10/31/07
                                                 PAGE NO:      3

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CTF SOLEDAD/TRUST ACCOUNTING
                       INMATE TRUST ACCOUNT STATEMENT


                 FOR THE PERIOD: MAY  01, 2007 THRU OCT. 31, 2007


ACCT:  K93463     ACCT NAME: BROWN, WILLIAM ODESSA        ACCT TYPE: I


                       TRUST ACCOUNT SUMMARY


| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 50.25 | 115.00 | 132.91 | 32.34 | 48.18 | 0.00 |


                                        CURRENT
                                        AVAILABLE
                                        BALANCE
                                        --------------
                                            15.84-
                                        --------------
                                        --------------

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN:  TRUST OFFICE

THI... ...IS A CORRECT
CO... ...CCOUNT MAINTAINED
BY ...
ATTEST: 10-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
      TRUST OFFICE

Account Technician

C- 07- 5339 CW (PR)

PROOF OF SERVICE BY MAIL

By Person in State Custody

(Fed. R. Civ. P. 5; 28 U.S.C. §1746)


I, William Brown, declare:

I am over the age of 18 and I am a party to this action. I am a resident of Correctional Training Facility in the county Soledad in the State of California. My prison address is: Hwy 101, P.O. BOX 705.
On the following date  26 Oct  2007, I served the following document(s):

*Letter to the Clerk of Court, In Forma Paupelis Application*

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the U.S. Mail in a deposit box so provided at the above-named correctional facility in which I am presently confined. The envelope(s) was addressed as followed:

*U.S.D.C. N. of CA*
*450 Golden Gate Ave*
*San Fran CA 94102*


I declare under penalty of perjury that the foregoing is true and correct.
DATED: 26 Oct  2007

William Brown