1  William Brown K-93463
2  PO Box 5005 or 5002
3  Calipatria, CA 92233-5005/5002
4  Petitioner, In Pro Per

7        United States District Court
8        Northern District of California

9             Case No's.
10  C-05-1423 CW(PR) C-07-5539 CW(PR)
11  CV 07-5770 CW(PR) and CV 07-5962 CW(PR)

13  Clerk of the Court:
14    Please be advised that the Plaintiff, William Brown,
15  K93463, has moved or changed addresses, in these above-
16  entitled cases. Petitioner has moved from:

18       "CTF"
19    Hwy 101, PO Box 689
20    Soledad, CA 93960-0689

22       to

23    "CAL"
25  PO Box 5005 or 5002
26  Calipatria, CA 92233-5005/5002

Petitioner respectfully request that the Court please update its mailing address for the Petitioner in the mentioned cases.

Thank You

Dated 9 Dec 2007

Respectfully submitted,

*William Brown*

William Brown

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015.5)

I, __William Brown__, declare:

I am over 18 years of age and I am party to this action. I am a resident of ~~CORRECTIONAL TRAINING FACILITY~~ Calipatria prison, in the County of ~~Monterrey~~, State of California. My prison address is:

Calipatria Wm Brown, CDCR #: K93463
~~CORRECTIONAL TRAINING FACILITY~~
~~P.O. BOX 689~~, CELL #: C3 124 Po Box 5002
~~SOLEDAD, CA 93960-0689~~ Calipatria CA 92233

On __9 Dec 2007__, I served the attached:

__Change of Address__

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

USDC N Dist CA
PO Box 36060
San Fran CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on __9 Dec 2007__.

_William Brown_
_Wm Brown_
Declarant