K93463 Brown CZ-124L
CAL
P.O. Box 5002
Calipatria, CA 92233-5002

Legal
Mail

SAN BERNARDINO CA 924
10 DEC 2007 PM 5 L

THIS MAIL GENERATED FROM
CALIPATRIA STATE PRISON

USDC, N. Dist
PO Box 36060
450 Golden Gate Ave
San Fran CA 94102

94102 Attn; Clerk of the Court