



GENERATED FROM
CALIPATRIA STATE PRISON

$ 00.41⁰
PITNEY BOWES
JAN 25 2008
02 1A
0004627869
MAILED FROM ZIP CODE 92233

C.A.
K93463 Dorson B5 242
Box 5004
Calipatrie C.A 92233 5004

Legal
Mail

USDC. N. Dist. CA
450 Golden Gate Ave
S.F., CA 94102